**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,   :   No. 31 EAL 2017
      :
      Respondent     :   Petition for Allowance of Appeal from
      :   the Order of the Superior Court
      :
      v.       :
      :
      :
ANTOINE D. CHAMBARLAIN,      :
      :
      Petitioner     :

## ORDER

**PER CURIAM**

    **AND NOW**, this 23rd day of May, 2017, the Petition for Allowance of Appeal is **DENIED**.